STATE OF NEW JERSEY v. BRUCE HENRIKSEN.

February 16, 1984.

Petition for certification denied.

ANDREW D. HORUN v. THE WATCHUNG HILLS REGIONAL
HIGH SCHOOL BOARD OF EDUCATION.

February 28, 1984.

Petition for certification denied.

AMERICAN HOME ASSURANCE COMPANY v. ALLSTATE
INSURANCE COMPANY.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. OLIVER WHITE.

February 28, 1984.

Petition for certification granted.